UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT E. LEE,**

    Plaintiff,

                                Civil No**.08-12170**
                                Hon. John Feikens

    v.

**CO-OP CREDIT UNION**, et al

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation (#24), filed on **1/30/2009** and the Objections by Plaintiff, filed on 3/2/2009, #26;

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

This Court makes note of the cases Plaintiff has filed with this Court that have resulted in dismissals: 08-13058 Lee v City of Dearborn, filed 7/15/08, dismissed as frivolous and for failure to state a claim on which relief may be granted on 7/28/08; 09-10259 Lee v Murray's, filed 1/23/09, dismissed for lack of jurisdiction on 1/28/09; and 07-13513 Lee v 36th Dist. Ct., Metlife, and Chase Bank, filed 8/21/07, dismissed because the Court could not determine the nature of Plaintiff's claim or the basis for jurisdiction on 9/19/07.

**s/John Feikens**
John Feikens
United States District Judge

Dated: March 17, 2009

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 17, 2009.
>
> s/Carol Cohron
> Deputy Clerk